**William SHROPSHIRE,
Plaintiff–Appellant,**

v.

**V. FAJOTA, Chief of Banking/Inmate Accounts, Defendant–Appellee.**

No. 16–16729

United States Court of Appeals, Ninth Circuit.

Submitted September 26, 2017 *

OCTOBER 5, 2017

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

William Shropshire, Carson City, NV, pro se.

D. Randall Gilmer, Deputy Attorney General, AGNV–Office of the Nevada Attorney General, Las Vegas, NV, for Defendant–Appellee.

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Nevada state prisoner William Shropshire appeals pro se from the district court's summary judgment for failure to exhaust administrative remedies in his 42 U.S.C. § 1983 action alleging that defendant Fajota illegally removed funds from his inmate trust account. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Williams v. Paramo*, 775 F.3d 1182, 1191 (9th Cir. 2015). We affirm.

The district court properly granted summary judgment because Shropshire failed to raise a genuine dispute of material fact as to whether he properly exhausted administrative remedies or whether administrative remedies were effectively unavailable. *See Ross v. Blake*, —— U.S. ——, 136 S.Ct. 1850, 1858–60, 195 L.Ed.2d 117 (2016) (setting forth circumstances when administrative remedies are unavailable); *Woodford v. Ngo*, 548 U.S. 81, 90, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) ("[P]roper exhaustion of administrative remedies . . . means using all steps that the agency holds out, and doing so properly (so that the agency addresses the issues on the

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

merits)." (citation, internal quotation marks, and emphasis omitted)).

**AFFIRMED.**

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.